1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ, | Case No. 4:21-cv-04574-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| MONTECITO THIRD STREET PARTNERS, a California Limited Partnership; MONTECITO MARKET PLACE ASSOCIATES, a California General Partnership; PETCO ANIMAL SUPPLIES, INC., 201 THIRD STREET ASSOCIATES, LLC, | Complaint Filed:      June 14, 2021 |
| | Complaint Served:   June 23, 2021 |
| | FAC Filed:               July 2, 2021 |
| | Current Response Date:   August 23, 2021 |
| Defendants. | New Response Date:        September 15, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Petco Animal Supplies, Inc. shall have an extension of time of twenty-three (23) days in which to respond to Plaintiff's First Amended Complaint to September 15, 2021.

**IT IS SO ORDERED**

Dated:  August 24, 2021

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge