SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Defendant
PETCO ANIMAL SUPPLIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>      Plaintiff,<br><br>     v.<br><br>MONTECITO THIRD STREET PARTNERS, a California Limited Partnership; MONTECITO MARKET PLACE ASSOCIATES, a California General Partnership; PETCO ANIMAL SUPPLIES, INC., 201 THIRD STREET ASSOCIATES, LLC,<br><br>      Defendants. | Case No. 4:21-cv-04574-HSG<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:     June 14, 2021<br><br>Complaint Served:    June 23, 2021<br><br>FAC Filed:     July 2, 2021<br><br>Current Response Date:   September 15, 2021<br><br>New Response Date:   September 29, 2021 |

Plaintiff Francisca Moralez ("Plaintiff") and Defendant Petco Animal Supplies, Inc. ("Defendant") jointly stipulate to extend the time for Defendant to respond to the First Amended Complaint from September 15, 2021 to September 29, 2021.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.  This stipulation is made in good faith and not for the purpose of causing unwarranted delay.  The Parties require additional time to resolve this matter without the need for further litigation.  This is Defendant's second request for an extension.

IT IS SO STIPULATED.

DATED: September 14, 2021                    SEYFARTH SHAW LLP


By  _/s/ Kristina M. Launey_
          Kristina M. Launey

Attorneys for Defendant
PETCO ANIMAL SUPPLIES, INC.

DATED: September 14, 2021                    MOORE LAW FIRM, P.C.


By  _/s/ Tanya E. Moore_
          Tanya E. Moore

Attorneys for Plaintiff
FRANCISCA MORALEZ

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 4:21-CV-04574-HSG

74951067v.1

1

## <u>ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)</u>

2   I, Kristina M. Launey, attest that concurrence in the filing of this stipulation has been obtained

3 from the signatory Tanya E. Moore, counsel for Plaintiff.

4

5 DATED:  September 14, 2021    SEYFARTH SHAW LLP

6             By: /s/ *Kristina M. Launey*

7               Kristina M. Launey
               Attorneys for Defendant

8             PETCO ANIMAL SUPPLIES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 4:21-CV-04574-HSG

74951067v.1

1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | FRANCISCA MORALEZ,

12 |             Plaintiff,

13 |    v.

14 | MONTECITO THIRD STREET
PARTNERS, a California Limited
15 | Partnership; MONTECITO MARKET
PLACE ASSOCIATES, a California
16 | General Partnership; PETCO ANIMAL
SUPPLIES, INC., 201 THIRD STREET
17 | ASSOCIATES, LLC,

18 |             Defendants.

19
20
21
22
23
24
25
26
27
28

Case No. 4:21-cv-04574-HSG

**ORDER GRANTING SECOND
STIPULATION TO EXTEND TIME
TO RESPOND TO FIRST AMENDED
COMPLAINT**

Complaint Filed:         June 14, 2021

Complaint Served:        June 23, 2021

FAC Filed:               July 2, 2021

Current Response Date: September 15, 2021

New Response Date:     September 29, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Petco Animal Supplies, Inc. shall have an extension of time of fourteen (14) days in which to respond to Plaintiff's First Amended Complaint to September 29, 2021.

**IT IS SO ORDERED**

Dated:  September  14, 2021

Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT

74951173v.1