Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MONTECITO THIRD STREET PARTNERS, A CALIFORNIA LIMITED PARTNERSHIP, et al.,<br><br>　　　　Defendants. | No. 4:21-cv-04574-HSG<br><br>**STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56; ORDER** |

　　　　**WHEREAS,** on June 15, 2021, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order").

　　　　**WHEREAS,** Plaintiff Francisca Moralez ("Plaintiff") and Defendants, Montecito Third Street Partners, a California Limited Partnership; Montecito Market Place Associates, a California General Partnership; and 201 Third Street Associates, LLC (collectively "Defendants," and together with Plaintiff, "the Parties") have a deadline to meet and confer on

1 | or before October 25, 2021.

2 | **WHEREAS,** the Parties were unable to schedule a date and time, before the October 25, 2021 deadline to complete the meet and confer;

4 | **NOW, THEREFORE,** it is hereby stipulated the meet and confer required under General Order 56 and this Court's Scheduling Order take place on Zoom videoconferencing by November 16, 2021 at 1:30 p.m. The Parties accordingly request an extension of the deadline to complete the meet and confer on Zoom videoconferencing to November 16, 2021.

8 | **IT IS FURTHER STIPULATED** that the deadline for filing either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel pursuant to General Order 56, paragraph 9, shall be extended to December 28, 2021.

11 | **IT IS SO STIPULATED.**

Dated: October 1, 2021                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez

Dated: October 1, 2021

*/s/ Sara B. Allman*
Sara B. Allman
Attorney for Defendants,
Montecito Third Street Partners, a California
Limited Partnership; Montecito Market Place
Associates, a California General Partnership; and
201 Third Street Associates, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Francisca Moralez

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56; ORDER

# ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the meet and confer required by this Court's Scheduling Order and General Order 56 shall take place on Zoom videoconferencing no later than November 16, 2021.

**IT IS FURTHER ORDERED** that the deadline for filing either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel pursuant to General Order 56, paragraph 9, shall be extended to December 28, 2021.

**IT IS SO ORDERED**.

Dated:     10/4/2021

_Haywood S. Gilliam Jr._
United States District Judge